UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., ET AL. | ) | CASE NO.: 5:12-CV-01024 |
| | ) | |
| Plaintiffs, | ) | MAG. JUDGE GEORGE J. LIMBERT |
| | ) | |
| V. | ) | **MOTION FOR RECONSIDERATION** |
| | ) | **TO WITHDRAW AS COUNSEL** |
| | ) | |
| MEADOWLAKE, LTD. d/b/a | ) | |
| RAFTERS BAR & GRILL, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

  Counsel for Defendants, Meadowlake, Ltd, d/b/a/ Rafters Bar & Grill and Philip R. Barr and Roy E. Barr, (collectively referred to as "Defendants"), Robert E. Soles, Jr., of the Law Offices of Robert E. Soles, Jr., Co., LPA moves this Court to grant Robert E. Soles, Jr., Kara Dodson and Faith R. Dylewski to withdraw as counsel for Defendants, Meadowlake, Ltd, d/b/a/ Rafters Bar & Grill and Philip R. Barr and Roy E. Barr and hereby submits its Motion for Reconsideration of the Court's Judgment Entry entered in this action on March 20, 2013 which stated that the motion of defendants' attorneys to withdraw as counsel is denied at the present time; this motion shall be reconsidered at a later date.

  WHEREFORE, Counsel for Defendants, Meadowlake, Ltd, d/b/a/ Rafters Bar & Grill and Philip R. Barr and Roy E. Barr, (collectively referred to as "Defendants"), Robert E. Soles, Jr., of the Law Offices of Robert E. Soles, Jr., Co., LPA respectfully requests that the Court reconsider its ruling of March 20, 2013, and grant Robert E. Soles, Jr., Kara Dodson and Faith R. Dylewski permission to withdraw as counsel for Defendants, Meadowlake, Ltd, d/b/a/ Rafters Bar & Grill and Philip R. Barr and Roy E. Barr.

Respectfully Submitted,

LAW OFFICES OF ROBERT E. SOLES, JR., CO., LPA

/s/ Robert E. Soles, Jr.
Robert E. Soles, Jr. (#0046707)
Kara Dodson (#0075527)
Faith R. Dylewski (#0074985)
6545 Market Avenue, N.
North Canton, OH  44721
Telephone: (330) 244-8000
Telefax:  (330) 244-8002
E-mail:  bsoles@soleslaw.com

**CERTIFICATE OF SERVICE**

I, <u>Robert E. Soles, Jr.</u>, hereby certify that a copy of the foregoing Motion for reconsideration was electronically transmitted on or about <u>May 30, 2013</u> via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- Ronald H. Isroff          risroff@ulmer.com
- Reem Shalodi              rshalodi@ulmer.com

/s/ Robert E. Soles, Jr.
Robert E. Soles, Jr.
Counsel for Defendants