UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., ) | Case No. 5:12CV1024 |
| ) | |
| Plaintiffs, ) | MAGISTRATE JUDGE GEORGE J. |
| ) | LIMBERT |
| v. ) | |
| ) | |
| MEADOWLAKE, LTD. d/b/a/, ) | **ORDER** |
| RAFTERS BAR AND GRILL, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the motion for reconsideration to withdraw as counsel on behalf of Defendants, Meadowlake Ltd., d/b/a Rafters Bar & Grill, Phillip R. Barr, and Roy E. Barr, filed by the law firm of Robert E. Soles, Jr. for Robert E. Soles, Jr., Kara Dotson, and Faith R. Dylewski on May 30, 2013. ECF Dkt. #48. The motion for reconsideration is GRANTED and Robert E. Soles, Jr., Kara Dotson, and Faith R. Dylewski are permitted to withdraw as counsel for Defendants.

On April 5, 2013, Defendant, Phillip R. Barr filed Chapter 7 bankruptcy, and on April 7, 2013, he invoked the automatic stay with respect to the claims in this case. ECF Dkt. #44. Likewise, Defendant, Meadowlake Ltd. filed Chapter 7 bankruptcy on March 15, 2013. See *In re Meadowlake, Ltd.,* 13-60609. The sole remaining defendant, Roy E. Barr is currently unrepresented and a motion for summary judgment was filed on behalf of Plaintiffs on May 29, 2013. ECF Dkt. #47.

As a consequence, the Court orders Defendant, Roy E. Barr to notify the Court within ten days of his intent to retain new counsel or proceed in this matter *pro se*, that is, to represent himself.

This Order shall also serve to notify Defendant that a response to the motion for summary judgment is due on or before June 29, 2013.

    IT IS SO ORDERED.

    SIGNED AND ENTERED on this 31st day of May, 2013.

                                          */s/ George J. Limbert*
                                          GEORGE J. LIMBERT
                                          UNITED STATES MAGISTRATE JUDGE