UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC, et al., | CASE NO. 5:12CV1024 |
| Plaintiffs, | MAGISTRATE JUDGE GEORGE J. LIMBERT |
| v. | |
| MEADOWLAKE, LTD., et al, | JUDGMENT ENTRY |
| Defendants. | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Entry, the Court GRANTS summary judgment in favor of Plaintiffs, Broadcast Music, Inc., Barn-Storm Music, Inc., Belkin Music, Concord Music Group, Inc., Dandelion Music Co., EMI Virgin Songs, Inc., Elijah Blue Music, Forrest Richard Betts Music, G. DeGraw Music, Inc., Ronder Music International, Inc., Songs of Universal, Inc., Unichappell Music, Inc., and Warner-Tamerlane Publishing Corp., and against Defendant, Roy E. Barr on the copyright infringement claims. ECF Dkt. #47. Plaintiffs' motion for summary judgment is granted against Defendant as follows:

(1) Defendant is permanently enjoined from further acts of infringement;

(2) Plaintiffs are awarded judgment for statutory damages in an amount of $10,800.00, plus interest from this date;

(3) Plaintiffs are awarded costs and attorney's fees in the amount of $17,315.80.

IT IS SO ORDERED.

SIGNED AND ENTERED on this 29th day of July, 2013.

                                                  */s/ George J. Limbert*
                                                  GEORGE J. LIMBERT
                                                  UNITED STATES MAGISTRATE JUDGE