# United States District Court for the Northern District of Ohio

Broadcast Music, Inc., et al.,

**Plaintiff,**

vs.

CASE NO. 5:12CV1024

Judge George J. Limbert

Meadowlake Ltd, dba Rafter's Bar and Grill, et al.

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that Roy E. Barr, Defendant pro se.,

(here name all parties taking the appeal)

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

Summary Judgment and all Orders issued by Magistrate Judge George J. Limbert. (Copies attached).

(the final judgment) (from an order (describing it))

entered in this action on the 8th day of August, 2013.

(s) /s/ Roy E. Barr  Roy E. Barr, Defendant pro se.

Address: 1211-39th St. NE
Canton, Ohio  44714-1215

Phone #: 330-309-3534 cell

Attorney for N/A

6CA-3